No. 71–1332. SAN ANTONIO INDEPENDENT SCHOOL DISTRICT ET AL. *v.* RODRIGUEZ ET AL. Appeal from D. C. W. D. Tex. [Probable jurisdiction noted, 406 U. S. 966.] Motions of John Serrano, Jr., et al.; American Civil Liberties Union et al.; Wilson Riles, Superintendent of Public Instruction of California, et al.; NAACP Legal Defense Fund et al.; Mayor of Baltimore et al.; National Education Assn. et al.; Houston L. Flournoy, Controller of California; and Wendell Anderson, Governor of Minnesota, et al., for leave to file briefs as *amici curiae* granted. Motions of John Serrano, Jr., et al. and Wendell Anderson, Governor of Minnesota, et al. for leave to participate in oral argument as *amici curiae* denied.

No. 71–1586. WOOD *v.* GOODSON, JUDGE. Cir. Ct. Ark., Miller County. Motion to defer consideration of petition for writ of certiorari granted.

No. 71–6278. ALMEIDA-SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 406 U. S. 944.] Motion of Luke McKissack for leave to file a brief as *amicus curiae* granted.

No. 71–6516. BRADEN *v.* 30TH JUDICIAL CIRCUIT COURT OF KENTUCKY. C. A. 6th Cir. [Certiorari granted, 407 U. S. 909.] Motion of M. Curran Clem, Esquire, to permit John M. Famularo, Esquire, to argue *pro hac vice* on behalf of respondent granted. Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 71–1531. NOLAN *v.* JUDICIAL COUNCIL OF THE THIRD CIRCUIT OF THE UNITED STATES ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.